UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEPTOS, L.L.C.

    Plaintiff,

                                                                                            No. 05-60148
                                                                                            Hon. John Corbett O'Meara

v.

NEXTPOS CORPORATION,

    Defendant.

_____/

**ORDER DISMISSING STATE LAW CLAIMS**

        Plaintiff filed suit against Nextpos Corporation.  Count I of Plaintiff's claim is based on an alleged violation of 15 U.S.C. § 1114.  Count s II and III are alleged violations of the Lanham Act, 15 U.S.C. § 1125.  Count IV alleges violations of the Michigan Consumer Protection Act, MCL § 445.903.  Plaintiff has not pled diversity jurisdiction.  This court declines to exercise supplemental jurisdiction over the alleged state law claim.  See United Mine Workers v. Gibbs, 383 U.S. 715 (1966); 28 U.S.C. § 1367(c).  Accordingly, pursuant to 18 U.S.C. § 1367(c), Count IV is **DISMISSED.**

                                                          s/John Corbett O'Meara
                                                          John Corbett O'Meara
                                                          United States District Judge

Dated:  August 3, 2005